UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION



UNITED STATES OF AMERICA,)
)
Plaintiff,)
)
v.) Cause No.
)
MICHAEL F. DISCH,)
)
Defendant.) **2:12 -cr- 0 0 1 2 JMS -CMM**

## INFORMATION

**(Mailing Threatening Communications)**

The United States Attorney charges that:

On or about July 13, 2009, MICHAEL F. DISCH, the defendant, knowingly caused to be delivered by the United States Postal Service according to the directions thereon, a written communication addressed to a United States District Court judge, to-wit: Larry J. McKinney, said address being located in Vigo County, in the Southern District of Indiana, as follows:

> Michael F. Disch
> 03398424
> USP Terre Haute
> PO Box 33
> Terre Haute, IN 47808
> > Chambers of
> > Judge Larry J. McKinney
> > 207 Federal Building
> > 30 North 7th Street
> > Terre Haute Indiana 47808

said written communication further contained a white powdery substance and a threat to injure Larry J. McKinney, as follows:

1

You keep dieming all the 42-USC-1983's You must die I will pay someone to find out were you live and kill you and your kid.

Smell This and Die

        Mike
        Disch

All of which is a violation of Title 18, United States Code, Section 876 (c).

                      *[signature]*
                      JOSEPH H. HOGSETT
                      United States Attorney
                      Southern District of Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | |
| | ) | SS: |
| COUNTY OF MARION | ) | |

Cynthia J. Ridgeway, being first duly sworn, upon her oath deposes and says that she is an Assistant United States Attorney in and for the Southern District of Indiana, that she makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as she is informed and verily believes.

Cynthia J. Ridgeway
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 12th day of January 2012.

Denise Woody
Notary Public

My Commission Expires:
January 25, 2019

My County of Residence:
Hendricks