# United States District Court
## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

V.

MICHAEL F. DISCH

WAIVER OF INDICTMENT

CASE NUMBER:

2:12-cr-0012 JMS-CMM

I <u>MICHAEL F. DISCH</u>, the above named defendant, who is accused of

mailing threatening communications, on or about July 13, 2009 in violation of Title 18, United States Code, Section 876(c), as charged in Count 1 of the Information

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on  3/27/12  prosecution by indictment and consent
that the proceeding may be by information rather than by indictment.

_____
MICHAEL F. DISCH, Defendant

_____
Michael J. Donahoe, Counsel for Defendant

Before _____
Judicial Officer  27 MAR 2012